460 A.2d 864

Commonwealth v. Hostetter, Appellant.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.